UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SPRINGSTEEN,

    Plaintiff,                    CIVIL ACTION NO. 11-11743

    v.                            DISTRICT JUDGE PATRICK J. DUGGAN

CATHY M. GARRETT, individually    MAGISTRATE JUDGE MARK A. RANDON
and in her capacity as Wayne County
Clerk, WAYNE COUNTY, LYNN
M. WADE, CAVEN WEST and
JOHNNIE JOHNSON, individually,
jointly and severally,

    Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT WADE'S MOTION FOR PROTECTIVE ORDER
AND TO QUASH DISCOVERY REQUESTS (DKT. NO. 27)**

This matter is before the Court on the above-referenced motion (Dkt. No. 27). Having reviewed the motion and response thereto, and following a hearing on April 3, 2012;

**IT IS ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that on or before April 17, 2012, Defendant Wade shall produce any audio and/or video recording(s) of any kind or format regarding any communication between Wade and any witness identified on a witness list in this case or any individual defendant in this case that also:

1) occurred between September 1, 2009 and March 15, 2011 and

2) concerned any Wayne County Clerk operations.

Wade shall also produce any audio or video recording that occurred between March 17, 2011 and the present wherein the subject of Plaintiff's claims in this lawsuit were discussed.

**IT IS FURTHER ORDERED** that on or before April 17, 2012, Wade shall admit whether any such recordings exist.

**IT IS FURTHER ORDERED** Wade shall not be required to respond to any other production request or request to admit involved in the instant motion.

**So Ordered.**

                                      s/Mark A. Randon
                                      Mark A. Randon
                                      United States Magistrate Judge

Dated:  April 4, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, April 4, 2012, electronically.*

                                      *s/Melody R. Miles*
                                      *Case Manager to Magistrate Judge Mark A. Randon*
                                      *(313) 234-5542*